[Nos. 34134-4-II; 34562-5-II. Division Two. October 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVESTER J. MAHONE, *Appellant*.

*In the Matter of the Personal Restraint of* SYLVESTER J. MAHONE, *Petitioner*.

Appeals from a judgment of the Superior Court for Pierce County, No. 95-1-01236-3, Ronald E. Culpepper, J., entered November 18, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 24010-0-III. Division Three. October 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT LEE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01057-1, Robert G. Swisher, J., entered March 23, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24073-8-III. Division Three. October 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKLIN R. SIMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 04-1-00281-6, Jack Burchard, J., entered April 25, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.